UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-81098-MIDDLEBROOKS/Matthewman

HANS OTTO ALBERTSON,

    Appellant,

vs.

BARCLAY BRELAND FAMILY OFFICE LLC,

    Appellee.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge William Matthewman (the "Report") on February 27, 2023. (DE 10). The Report recommends that the Bankruptcy Court's Memorandum Opinion and Final Judgment in the Adversary Proceeding titled *Barclay Breland Family Office, LLC v. Hans Otto Albertson*, Ad. Proc. Case No. 19-01618-EPK be affirmed.

The deadline to file objections to the Report elapsed on March 13, 2023. No objections have been filed to date. After a careful review of Judge Matthewman's Report and the record as a whole, I agree with the Report's recommendations.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Magistrate William Matthewman's Report and Recommendation (DE 10) is **ADOPTED**.

(2) The Bankruptcy Court's Memorandum Opinion and Final Judgment in the Adversary Proceeding titled *Barclay Breland Family Office, LLC v. Hans Otto Albertson*, Ad. Proc. Case No. 19-01618-EPK are AFFIRMED.

2

(3) The Clerk of Court shall **CLOSE THIS CASE** and **DENY AS MOOT** all pending motions.

**SIGNED** in Chambers in West Palm Beach, Florida, this 17th day of March, 2023.

Donald M. Middlebrooks
United States District Judge